**Opinion issued March 24, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-19-00435-CR

————————————————

**ALEX OMAR MENDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Case No. 0803744**

---

## MEMORANDUM OPINION

Appellant, Alex Omar Mendez, has filed a motion to dismiss his appeal. Appellant and his attorney have signed the motion, and this Court has not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have

passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).